UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

GURUM CORP. D/B/A JAY GLOBAL INC.   Index No.: 1:20-cv-08942

                                    Plaintiff,   **AFFIDAVIT OF SERVICE**

       -against-

BRAHM FOODS INC. and VIJAY ARRORA
individually and in any corporate capacity.
                                    Defendants.
------------------------------------------------------------------x

STATE OF NEW YORK      }
                              } ss.:
COUNTY OF NASSAU      }

I, Marina Manatakis, being duly sworn depose and say:

I am not a party to the action; I am over 18 years of age and reside in Queens County, New York, that on the 8th day of December 2020, I served the **SUMMONS and COMPLAINT** upon:

**BRAHM FOODS INC.**
**56-06 56th Street**
**New York, NY 11378**

**Service:**
I served the papers by serving BRAHM FOODS INC., 56-06 56th Street, New York, New York 11378.

By leaving same with Vijay Arrora, an authorized agent of the said Defendant at the Defendant's actual place of business noted above.
.

**Description:**
The individual I served had the following characteristics: Male, Middle Eastern, Brown eyes,

Dark Grey Hair, approximately 55-60 years of age, approximately 5'11" in height and approximately 180 pounds in weight.

**Mailing:** On such date, December 8, 2020, a true copy of Summons and Complaint was mailed via certified mail to the last known address of the Defendant for that purpose at 56-06 56th Street, New York, NY 11378 by depositing a true copy of the within documents in a postage paid envelope in a Post Office Box regularly maintained by the United States Government at Manhasset, County of Nassau, State of New York.

Name: _____
Marina Manatakis.

Sworn to before me this
9TH day of December, 2020

_____
Notary Public

TIMOTHY J. FIERST
Notary Public, State of New York
No. 02FI4978999
Qualified in Nassau County
Commission Expires ~~February 27, 2019~~ 7/17/23