UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GURUM CORP. *d/b/a* JAY GLOBAL INC.,

                             Plaintiff,

   -against-

                                           ORDER

BRAHM FOODS INC., and VIJAY ARROR,
*individually in any corporate capacity*,         20 Civ. 8942 (GBD)

                             Defendants.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on March 16, 2021 at 9:30 a.m. is hereby cancelled.

Dated: March 15, 2021
       New York, New York

                                              SO ORDERED.

                                              *George B. Daniels*
                                              GEORGE B. DANIELS
                                              UNITED STATES DISTRICT JUDGE