UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GURUM CORP. *d/b/a* Jay Global Inc.,

                       Plaintiff,

  -against-

BRAHM FOODS INC. and VIJAY ARROR,
*individually and in any corporate capacity*,

                      Defendants.

------------------------------------- x

ORDER

20 Civ. 8942 (GBD)

GEORGE B. DANIELS, District Judge:

    The status conference is adjourned from August 17, 2021 to September 28, 2021 at 9:45 a.m.

Dated: August 17, 2021
       New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE